IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DATRIST McCALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-266-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the court is the Magistrate Judge's Recommendation (Doc. # 46) to which Petitioner has filed objections (Doc. # 47). Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), Petitioner's objections reassert substantially the same arguments that the Recommendation addressed and appropriately rejected, and the objections fail to undermine the findings and recommendations of the Magistrate Judge. Accordingly, it is ORDERED as follows:

1. Petitioner's objections (Doc. # 47) are OVERRULED;

2. the Recommendation (Doc. # 46) is ADOPTED;

3. Petitioner's 28 U.S.C. § 2255 motion is DENIED; and

4. this action is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 5th day of January, 2015.

                                                                            /s/ W. Keith Watkins
                                              CHIEF UNITED STATES DISTRICT JUDGE